1  Forrest Plant, Jr. – SBN 072266
   Goldsberry, Freeman & Guzman, LLP
2  777 12th Street, Suite 250
   Sacramento, CA  95814
3  (916) 448-0448; fax (916) 448-8628

4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTROVERSY MUSIC, WORDS & MUSIC, INC., DONALD KAHN, STEVEN RICHARD MARX and ANDREW ARTHUR MARX dba GILBERT KEYES MUSIC COMPANY, SONY/ATV TUNES, LLC, BROCKMAN MUSIC, BRENDA RICHIE PUBLISHING, FATE MUSIC, RAY VAUGHN MUSIC, INC., and WEED HIGH NIGHTMARE MUSIC,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>PATEL BHAVANA HEMANT,<br><br>　　　　　Defendant. | Case No. 1:07-CV-01430-OWW-GSA<br><br>**STIPULATION FOR SETTLEMENT AND DISMISSAL** |

　　　　IT IS HEREBY STIPULATED by and between plaintiffs Controversy Music, Words & Music, Inc., Donald Kahn, Steven Richard Marx and Andrew Arthur Marx dba Gilbert Keyes Music Company, Sony/ATV Tunes, LLC, Brockman Music, Brenda Richie Publishing, Fate Music, Ray Vaughn Music, Inc., and Weed High Nightmare Music (hereinafter "Plaintiffs") and Bhavana Hemant Patel referred to as "Patel Bhavana Hemant" in the complaint on file herein (hereinafter "Defendant") as follows:

1

PDF created with pdfFactory trial version www.pdffactory.com

1. Defendant has paid to the American Society of Composers, Authors and Publishers (ASCAP), on behalf of Plaintiffs, the sum of Ten Thousand Dollars ($10,000.00).

2. The payment referred to above is in settlement of all claims and causes of action by members of ASCAP against Defendant for willful infringements of copyrights by unauthorized non-dramatic public performances of Plaintiffs' copyrighted musical works, whether known or unknown, including, without limitation, the specific claims and causes of action as alleged in the complaint on file herein, for all periods through the date this Stipulation is entered as an Order by the court.  Plaintiffs release Defendant and Hemant Patel and the agents and successors of each from all such claims and further waive the provisions of California Civil Code section 1542 which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

3. Contemporaneously with the execution of this Stipulation, ASCAP shall provide to Defendant a current ASCAP General License Agreement for the Bakersfield, California establishment known as Lone Oak Inn.  Defendant shall accept and execute said license agreement and comply with all terms and conditions of the license agreement.  License fees due under the license agreement for all periods through December 31, 2008 are included in the settlement amount referred to in Paragraph 1 above.

4. The complaint on file herein shall be dismissed with prejudice, and all parties shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: _____.          **Defendant:**

_____
BHAVANA HEMANT PATEL

2

PDF created with pdfFactory trial version www.pdffactory.com

**Plaintiffs:**

Controversy Music, Words & Music, Inc., Donald Kahn, Steven Richard Marx and Andrew Arthur Marx dba Gilbert Keyes Music Company, Sony/ATV Tunes, LLC, Brockman Music, Brenda Richie Publishing, Fate Music, Ray Vaughn Music, Inc., and Weed High Nightmare Music

Dated: _____.   By: _____
   RICHARD H. REIMER
   Senior Vice President, Legal Services
   American Society of Composers, Authors
   and Publishers

**APPROVED AS TO FORM:**

Dated: _____.   Goldsberry, Freeman & Guzman, LLP


   By: _____
   FORREST PLANT, JR.
   Attorneys for Plaintiffs

Dated: _____.   Greve, Clifford, Wengel & Paras, LLP


   By: _____
   SCOTT E. COFER
   Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: March 5, 2008   /s/ OLIVER W. WANGER
   OLIVER W. WANGER
   United States District Judge

3

PDF created with pdfFactory trial version www.pdffactory.com